

## U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F# 2012R01010

*225 Cadman Plaza East*
*Brooklyn, New York 11201*

July 23, 2012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 26 2012 ★

Mr. Jean Carlos Taveras

BROOKLYN OFFICE

Re: U.S. vs. Jean Carlos Taveras
Criminal Docket No. CR-12-473

Dear Mr. Taveras:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Monday, the 30th July, 2012 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: Grand Jury Coordinator (R. Greene)

CC: Hon. Jack B. Weinstein (Mag. Mann will accept the plea.)

L. Adriana Lopez
Assistant U.S. Attorney

Len Kamdang, Esq.

Pretrial Services Officer